Norman J. Roger, SBN 062554
Patricia M. Fama, SBN 138162
Roger, Scott & Helmer LLP
1001 Marshall Street, Suite 400
Redwood City, CA 94063
Telephone: 650-365-7700
Facsimile: 650-365-0677

#141944
Attorneys for Plaintiff
CONTRACTORS BONDING AND
 INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY,<br><br>     Plaintiff,<br><br> vs.<br><br>VICTORY CONSTRUCTION, INC., VICTOR ZVARICH, TOM PECK and DENISE PECK,<br><br>     Defendant. | Case No. 2:07-CV-01967-FCD-DAD<br><br>**STIPULATED AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a)(1), each party to bear its own costs and attorney's fees.

DATED: April 15, 2009					ROGER, SCOTT & HELMER LLP

							By: ____/S/_____
							  Patricia M. Fama
							  Attorneys for Plaintiff
							  Contractors Bonding and Insurance
							  Company

DATED: April ___, 2009				SMITH & ASSOCIATES, INC.


							By:____/S/_____
							  Richard A. Dana
							  Attorneys for Defendant
							   Victory Construction, Inc. and Victor
							   Zvarich

**IT IS SO ORDERED:**

DATED: April 24, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATED DISMISSAL AND ORDER**
United States District Court, Eastern District of California 2:07-CV-1967

1